```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

126TH AVENUE LANDFILL, INC.,
ET AL.,

      Plaintiffs,            Case No. 8:09-cv-307-T-33TBM
v.

PINELLAS COUNTY, FLORIDA,

      Defendant.
_____/

## **ORDER**

This cause is before the Court pursuant to various motions filed by counsel in this case requesting permission to bring cell phones, Blackberries, and laptop computers into the United States Courthouse (Doc. ## 75, 86, and 89).

The Court notes that the use of computers and telephones in the Courthouse is restricted by Local Rule 4.11(b), M.D. Fla., however, this Court will allow the following individuals to each bring one cellular telephone, one Blackberry and one laptop computer into the Courthouse during the trial of this case: Daniel B. Schuh Esq., Patrick T. McGuire, Esq., John A. Powell, Esq., Christy Donovan Pemberton, Esq., and Phyllis M. Tausend, paralegal.

It should be noted that taking pictures inside the Courthouse with camera telephones is forbidden. The aforementioned individuals shall place the cellular telephones on vibrate, and restrain the use of the cellular telephones to

the exterior of the Courthouse. Further, any cellular telephone, computer, and all other technological equipment are subject to inspection at any time by the Court Security Officers and United States Marshals. The aforementioned individuals may be called upon to present a copy of this Order to Court Security Officers at any time prior to being permitted to bring technological equipment, including cellular telephones and laptop computers, into the Courthouse.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED** that:

The Motions for Permission to Bring Electronic Equipment to the United States Courthouse (Doc. ## 75, 86, and 89) are **GRANTED** consistent with the foregoing restrictions and guidelines.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 5th day of August 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record